UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:19-CR-693-SNLJ |
| ) | |
| DAVID PRESIDENT, ) | |
| ) | |
| Defendant. ) | |

## MOTION TO CONTINUE

COMES NOW defendant, by and through his attorney, and states to the Court as follows:

1.  This Court has currently scheduled a hearing on defendant's case for April 1, 2020.

2.  Counsel for defendant has recently received the government's discovery in the case from defendant's former attorney. The discovery is voluminous in nature, consisting of hundreds of pages of documents, several lengthy audio and video recordings, and additional lab reports. Due to the voluminous nature of the discovery in this case, counsel anticipates it will require a considerable amount of time to carefully review the government's discovery and meet with defendant to discuss the government's discovery.

3.  Counsel has met with defendant and started his review and discussions of the government's discovery in the case. The meetings have been somewhat limited given the visitation restrictions at the facility in which defendant is currently being housed due to the ongoing Caronavirus pandemic.

4.  Counsel for defendant has advised defendant of his intent to ask this Court to continue and reset the currently scheduled hearing date of April 1, 2020, and defendant concurs with counsel's request. Counsel for defendant has also discussed his intent to make this request to the Court with

the assistant United States attorney assigned to the case, and has been advised that his office has no objection to the Court granting this request.

5. Defendant would request that this Court make a finding pursuant to 18 U.S.C. § 3161(h)(7) that any continuance of this matter is "excludable time" for purposes of speedy trial calculation.

WHEREFORE, defendant prays this Honorable Court to continue and reset the currently scheduled due date for the filing of objections to the presentence investigation report, and the currently scheduled sentencing hearing of April 1, 2020 for a period of sixty (60) days, and for such other and further relief and orders as the Court deems just and proper.

/s/ Eric W. Butts
ERIC W. BUTTS, #36184MO
Attorney for Defendant David President
555 Washington Avenue, Suite 600
St. Louis, Missouri 63101
(314) 621-1617
(314) 621-7448 - Facsimile
Email: ewbtts@sbcglobal.net

**CERTIFICATE OF SERVICE**

I hereby certify that on March 25, 2020, a copy of the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon the following: Mr. Thomas Mehan, Assistant United States Attorneys, 111 South 10th Street, St. Louis, Missouri 63102.

/s/ Eric W. Butts