UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 4:19CR00693 SNLJ |
| | ) | |
| DAVID CURTIS PRESIDENT, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Because of the coronavirus (Covid 19) pandemic,

IT IS HEREBY ORDERED that the jury trial set for Wednesday, April 1, 2020 is continued pending further order of the Court.

I find, pursuant to 18 U.S.C. §3161(h)(7), that the ends of justice served by continuing the trial outweigh the best interest of the public and the defendants in a speedy trial, and that therefore any time elapsed is excludable time under the Speedy Trial Act. In particular, because of the current public health crisis, requiring a trial to proceed could endanger all participants and the public and it is not possible to assemble a fair cross-section of citizens to serve on a jury at this time.

Dated this 27th day of March, 2020.

_____
STEPHEN N. LIMBAUGH, JR.
UNITED STATES DISTRICT JUDGE